UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jacob Hugo Puchalski,          File No. 20-cv-973 (ECT/TNL)

    Petitioner,

v.

Jacob D. McLellan, District Supervisor, D.O.C.; Judge Kathleen A. Mottl; Elizabeth M. Larson, Prosecuting Attorney; Richard R. Hermes, Public Defender; Ryan Busch, Probation Officer; and Wright County Employees,          **ORDER ACCEPTING REPORT AND RECOMMENDATION**

    Respondents.

---

The Court has received the June 15, 2020 Report and Recommendation of United States Magistrate Judge Tony N. Leung. ECF No. 8. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

    1.    The Report and Recommendation [ECF No. 8] is **ACCEPTED**;

    2.    Petitioner Jacob Hugo Puchalski's Petition for a Writ of Habeas Corpus [ECF No. 1] and related Motion [ECF No. 3] are **DENIED AS MOOT**;

    3.    Petitioner's Application to Proceed in District Court without Prepaying Fees or Costs [ECF No. 2] is **DENIED AS MOOT**; and

4. The action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 6, 2020               s/ Eric C. Tostrud
                                  Eric C. Tostrud
                                  United States District Court